UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LISA K. DAY | ) |
| | ) |
| v. | ) NO. 2:01-CV-325 |
| | ) |
| INGLE'S MARKETS, | ) |
| INCORPORATED | ) |

## VERDICT FORM

WE THE JURY UNANIMOUSLY FIND:

1. What amount of punitive damages do you award the plaintiff?

$ 2,500,000.00

The Jury Foreperson must sign and date the verdict form.

DATED: 10-20-05          BY: _____
                              Jury Foreperson

1