# United States District Court

| EASTERN | DISTRICT OF | TENNESSEE |

LISA K. DAY                                   **JUDGMENT IN A CIVIL CASE**

             V.

INGLES MARKETS, INC.                                   CASE NUMBER: 2:01-CV-325


[X]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff Lisa K. Day recover of the defendant Ingles Markets, Inc. the sum of $3,000,000.00 ( $500,000.00 in compensatory damages and $2,500,000.00 in punitive damages) with interest thereon at the rate of 4.15 percent as provided by law, and its costs of action.


    October 21, 2005                                   Patricia L. McNutt, Clerk
Date

                                                                  By  s/ Elaine Milligan
                                                                         Deputy Clerk