# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 06-5345

Filed: October 29, 2007

LISA K. DAY,

    Plaintiff - Appellee

v.

INGLES MARKETS, INC.,

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 06/28/2007 the mandate for this case hereby issues today.

COSTS: NONE

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By
    Deputy Clerk